**Order entered August 9, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00344-CV

**HELEN RYERSON, Appellant**

**V.**

**THE CITY OF PLANO, Appellee**

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-02111-2020**

## ORDER

Before the Court is appellant's August 5, 2021 unopposed motion for a ten-day extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 19, 2021.

/s/    CRAIG SMITH
        JUSTICE